IN RE STATE GRAND JURY NUMBER SGJ 82–102–2.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL ALBERTO CADAVID.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. VERNON BAKER.

June 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE E. NEEDHAM, JR.

June 19, 1984.

Petition for certification denied.

STEPHEN A. HEFFNER, v. JOEL E. JACOBSON.

June 19, 1984.

Petition for certification granted. (See 192 *N.J.Super.* 299)